IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUSIE A. BELVING ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case Number: 17-CV-01-F |
| CENTRAL WYOMING RESCUE ) | |
| MISSION/THE TRANSFORMATION ) | |
| CENTER (CWRM), BRAD HOPKINS, ) | |
| Individually and as an employee and ) | |
| agent of CWRM, and JACKIE ) | |
| PICKINPAUGH, individually and as an ) | |
| Employee and agent of CWRM ) | |
| ) | |
| Defendants. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff Susie A. Belving, by and through her attorney Jeremy J. Hugus and the defendants Central Wyoming Rescue Mission/Transformation Center, Brad Hopkins, and Jackie Pickinpaugh, by and through their attorney, Rick L. Koehmstedt, and hereby stipulate to the dismissal of all claims herein WITH PREJUDICE and further that the plaintiff and defendants each bear their own costs and attorneys fees incurred in this action.

RESPECTFULLY SUBMITTED this 27th day of July, 2017.

*/s/ Rick L. Koehmstedt*
Rick L. Koehmstedt
Wyoming Bar No. 6-3101
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center St., Suite 500
Casper, WY  82601
Attorney for Defendants


*/s/ Jeremy J. Hugus*
Jeremy J. Hugus
Wyoming Bar No. 7-4630
Platte River Law Firm
536 South Center Street
Casper, WY 82601
Attorney for Plaintiff