IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

Stephan Harris
Clerk of Court

3:00 pm, 7/27/17

| | |
|---|---|
| SUSIE A. BELVING,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CENTRAL WYOMING RESCUE MISSION/THE TRANSFORMATION CENTER (CWRM), BRAD HOPKINS, Individually and as an employee and agent of CWRM, and JACKIE PICKINPAUGH, individually and as an Employee and agent of CWRM,<br><br>　　　　　　　Defendants. | Case No:　17-CV-1-F |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. The Court has reviewed the stipulation and is fully informed in the premises.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party shall pay their own attorney's fees and costs.

Dated this __27th__ day of July, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NANCY D. FREUDENTHAL
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE